IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MADERA *et al.,*<br>Defendants.<br>_____ / | CASE NO. CV-F-07-1806- LJO-DLB<br><br>**ORDER TO DISREGARD DOCUMENTS** |

After this Court had signed the Order on defendants' motion to dismiss (Doc. 24, January 24, 2008) ("Order on Motion to Dismiss"), but before it was docketed, Plaintiff Stanley B. Clarke ("Mr. Clarke") filed amended documents (Docs. 19-23) to attempt to substitute true names for Does 1-5. Mr. Clarke filed five documents entitled: "Amendment Substituting True Name of Fictitious Defendant pursuant to Cal. Code Civ. Proc. §474." For the following reasons, the Court DISREGARDS these documents.

In its Order on Motion to Dismiss, this Court granted in full defendants' motion to dismiss. The Court dismissed Defendant City of Madera, because Mr. Clarke failed to allege an official policy or custom that was the cause of his alleged deprivation of constitutional rights. Order, p. 6. The Court dismissed the individual, unnamed defendants, because the Court found that no Constitutional violation occurred and, therefore, the individual defendants were entitled to qualified immunity. Order, p. 9.

Mr. Clarke's attempt to substitute the names of the defendants does not change this Court's

ruling. The named defendants would be entitled to qualified immunity, because there was no Constitutional violation. *See* Order, pp. 6-9. Thus, the attempt to substitute the names of the defendants is moot.

Further, Mr. Clarke filed his amended documents pursuant to rules of procedure not recognized, generally, in this Court. This Court follows the Federal Rules of Civil Procedure. Mr. Clarke's attempt to file these documents was defective procedurally.

Therefore, this Court orders as follows:

1. Documents 19-23 on this docket shall be DISREGARDED; and
2. The clerk of court SHALL NOT issue a summons to the individuals named in the disregarded documents.

IT IS SO ORDERED.

**Dated:   January 24, 2008**                              **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE