David L. Rowell #156190
The Rowell Law Office
Post Office Box 4006
Clovis, California, 93613
Telephone:   559-224-4000
Facsimile:   559-224-4011

Attorney for:   Stanley Bradford Clarke

**FILED**

FEB 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## U.S. DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| STANLEY BRADFORD CLARKE, | Case No. 1:07-CV-01806-LJO-DLB |
| Plaintiff, | [Proposed] Order on *Ex Parté* Motion for Extension of Time to File Appeal |
| v. | [Fed. R. App. Pro. 4(a)(5)] |
| CITY OF MADERA *et al.*, | |
| Defendants | |

Plaintiff Stanley Bradford Clarke having submitted an *ex parté* application for an order, pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, extending the time to file an appeal from the court's order of January 24, 2008, granting the motion to dismiss filed by defendant City of Madera and the judgment entered thereon, and good cause therefore appearing, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for filing an appeal therefrom is extended ~~for a period of _____ days,~~ until March 27, 2008

Date: Feb 19, 2008                                          _____
                                                            Lawrence J. O'Neill, Judge of the
                                                            United States District Court

- 1 -